UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:19-cv-60205-DIMITROULEAS/Snow

GINA BELLENGER, on behalf of
herself and all others similarly situated,

   Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

   Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, ACCOUNTS RECEIVABLE MANAGEMENT, INC. ("Defendant"), by and through its undersigned counsel, files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

  Accounts Receivable Management, Inc.  Defendant

  Ernest H. Kohlmyer, III       Defendant's counsel

| | |
|---|---|
| Shepard, Smith, Kohlmyer & Hand, P.A. | Defendant's counsel |
| Gina Bellenger | Plaintiff |
| Jibrael S. Hindi | Plaintiff's counsel |
| The Law Offices of Jibrael S. Hindi, PLLC | Plaintiff's counsel |
| Andrew J. Shamis | Plaintiff's counsel |
| Shamis & Gentile, P.A. | Plaintiff's counsel |
| Gary M. Klinger | Plaintiff's counsel |
| Kozonis & Klinger, Ltd. | Plaintiff's counsel |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4. The name of each victim (individual or corporate) or civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The plaintiff is alleged to be a victim of wrongful civil conduct and has alleged a class of similarly situated persons.

5. I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated this **20th day of February, 2019**.

Respectfully submitted,

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **February 20, 2019** via the Court Clerk's CM/ECF system which will provide notice via electronic transmission to: Jibrael S. Hindi, Esquire at jibrael@jibraellaw.com of The Law Offices of Jibrael S. Hindi, PLLC; Andrew J. Shamis, Esquire at efilings@shamisgentile.com of Shamis & Gentile, P.A.; and, Gary M. Klinger, Esquire at gklinger@kozonislaw.com of Kozonis & Klinger, Ltd. (*Attorneys for Plaintiff*).

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
SKohlmyer@shepardfirmr.com
Rachel M. Ortiz
Florida Bar No.: 0083842
rortiz@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Pkwy, Suite 100
Maitland, Florida 32751
Phone: 407- 622-1772
Fax: 407-622-1884
*Attorneys for Defendant*