UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:19-cv-60205-DIMITROULEAS/Snow

GINA BELLENGER, on behalf of
herself and all others similarly situated,

        Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

        Defendant.
_____/

## NOTICE OF FILING

Plaintiff, Gina Bellenger, by and through her undersigned counsel files Exhibit A., Declaration of Gary M. Klinger as part of Plaintiff's Reply in Support of Motion to Compel [DE 27]

Dated this **13th day of June, 2019.**

**SHAMIS & GENTILE, P.A.**
*/s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
Telephone: 305-479-2299

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **June 13, 2019**, via the Clerk of Court's CM/ECF system which will provide electronic notice to all attorneys of record.

>  */s/ Andrew J. Shamis*
>  Florida Bar No. 101754
>  Email:efilings@shamisgentile.com
>  Telephone: 305-479-2299
>  Facsimile:  786-623-0915
>
>  *Counsel for Plaintiff and the Class*