UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:19-cv-60205-DIMITROULEAS/Snow

GINA BELLENGER,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

*Plaintiff*,

**JURY TRIAL DEMANDED**

v.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.,

*Defendant*,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Gina Bellenger, hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a Motion for Preliminary Approval by September 20, 2019.

Based on the foregoing, the Parties respectfully request that all current deadlines be suspended and rulings on all pending motions be held in abeyance, pending the filing of the proposed Settlement Agreement.

Date: September 13, 2019

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*